United States District Court
Southern District of Texas
**ENTERED**
November 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Carol Stillwell, *A single person With her authorizing Power of Attorney over her son Richard Stillwell*,<br>　　　Plaintiff,<br><br>v.<br><br>Pine Village North Association,<br>　　　Defendant. | §§§§§§§§§§ Civil Action H-21-2131 |

### ORDER OF ADOPTION

On September 28, 2021, Magistrate Judge Peter Bray recommended that the court grant Pine Village's motion to remand. (D.E. 8.) No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate order to remand.

Signed at Houston, Texas, on November 2, 2021.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE